IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ADOLPH WILLIAM DAVID HAYEK,

      Appellant,

v.                                      Case No.  5D16-2847

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

      Appellee.

_____/

Opinion filed January 24, 2017

Appeal from the Circuit Court
for Marion County,
Victor Musleh, Senior Judge.

Adolph William David Hayek, Dunnellon,
pro se.

Gennifer Bridges, of Burr & Forman LLP,
Orlando, and Jacqueline Simms-Petredis,
of Burr & Forman LLP, Tampa, and William
David Newman, Jr., of Choice Legal
Group, P.A., Fort Lauderdale, for
Appellee.

PER CURIAM.

      AFFIRMED.  See Fla. R. App. P. 9.315(a).

EVANDER, WALLIS, and LAMBERT, J.J., concur.